| STATE OF INDIANA | ) | IN THE GRANT CIRCUIT COURT |
|---|---|---|
| | )§: | |
| COUNTY OF GRANT | ) | CAUSE NO.: **27C01-2001-PL-000001** |

TRISHA A. EAKINS,            )
                             )
    Plaintiff,             )
                             )
vs.                          )
                             )
AMERICAN WOODMARK            )
CORPORATION - GAS CITY,      )
                             )
    Defendant.             )

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Trisha A. Eakins, by counsel, Samuel L. Bolinger, and files her complaint for damages and she alleges:

1. This is a complaint for sex discrimination in violation of Title VII of the Civil Rights Act of 1964 as amended.

2. Plaintiff, Trisha A. Eakins is an adult female and resident of Fairmount Indiana and at times relevant, herein, was employed by Defendant.

3. Defendant, American Woodmark Corporation - Gas City, is located at 5300 East Side Parkway, Gas City, Indiana, is a corporation authorized to do business in the State of Indiana and at times relevant, herein, employed Plaintiff.

4. Plaintiff was discharged from her position of boot operator on May 15, 2019.

5. Plaintiff's rate of pay was $17.12 per hour.

6. Plaintiff had been employed with defendant for almost 15 years.

7. Defendant stated that plaintiff was terminated because she broke a company policy.

8. Plaintiff never did receive a write-up prior to termination

9. Plaintiff contends that she has been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, in that she was discharged because of her sex (female).

10. Other male boot operators do the job in the same manner or way as plaintiff did and they were not disciplined or fired.

11. Plaintiff filed a charge of discrimination on October 22, 2019, with the Indiana Civil Rights Commission and Equal Employment Opportunity Commission, which a copy is attached as Exhibit A.

12. The EEOC issued a notice of right to sue on October 30, 2019, which a copy is attached as Exhibit B.

13. This complaint for damages is timely filed.

14. Defendant is subject to Title VII of the Civil Rights Act of 1964, as amended, in that it employs at least 20 employees in each and every calendar year and is engaged in interstate commerce.

15. As a result of defendant' unlawful termination, plaintiff has suffered loss of income, and job benefits, retirement, health insurance and alike.

16. Additionally, plaintiff has been subjected to mental anguish, stress, embarrassment, harassment and other injuries and damages yet to be determined.

WHEREFORE, plaintiff seeks compensatory damages, punitive damages and reasonable attorney's fees and costs, and all other just and proper relief.

Respectfully submitted,

*/s/   Samuel L. Bolinger*
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:     260.407.0040
Fax:    260.407.0039
Email: mark@slblawfirm.org
Counsel for Plaintiff

EEOC Form 5 (11/09)

| | |
|---|---|
| **CHARGE OF DISCRIMINATION** <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:    Agency(ies) Charge No(s): <br> [ ] FEPA <br> [X] EEOC    **470-2019-03631** |

**INDIANA CIVIL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MS. TRISHA A EAKINS | (765) 661-7972 | |

Street Address: 615 NORTH MAIN STREET, City, State and ZIP Code: FAIRMOUNT, IN 46928

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| AMERICAN WOODMARK CORP GAS CITY | | |

Street Address: 5300 EAST SIDE PARKWAY, City, State and ZIP Code: GAS CITY, IN 46933

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address:    City, State and ZIP Code:

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-15-2019    Latest: 05-15-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I WAS DISCHARGED FROM MY POSITION OF BOOT OPERATOR ON MAY 15, 2019. MY RATE OF PAY WAS $17.12 PER HOUR. I HAD BEEN EMPLOYED FOR ALMOST 15 YEARS.

THE EMPLOYER STATED THAT I WAS TERMINATED BECAUSE OF BROKE COMPANY POLICY ALTHOUGH I NEVER DID RECEIVE A WRITEUP PRIOR TO TERMINATION.

I BELIEVE THAT I HAVE BEEN DISCRIMINATED AGAINST IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED, IN THAT I WAS DISCHARGED BECAUSE OF MY SEX, FEMALE. OTHER MALE BOOT OPERATORS DO THE JOB IN THE SAME WAY I DO AND THEY ARE NOT DISCIPLINED FOR FIRED.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Digitally signed by Trisha Eakins on 10-22-2019 05:30 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**EXHIBIT A**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

To: Trisha A. Eakins
615 North Main Street
Fairmount, IN 46928

From: Indianapolis District Office
101 West Ohio Street
Suite 1900
Indianapolis, IN 46204

On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 470-2019-03631

EEOC Representative: Michelle D. Ware, Enforcement Supervisor

Telephone No.: (463) 999-1184

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

[signature] Michelle Eisele, District Director

OCT 30 2019
(Date Mailed)

Enclosures(s)

cc: Adam Riegle
Human Resource Manager
AMERICAN WOODMARK
5300 East Side Parkway
Gas City, IN 46933

**EXHIBIT B**