UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TRISHA A. EAKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:20-cv-00057-WCL-SLC |
| | ) |
| AMERICAN WOODMARK CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Parties, by and through their counsel, and files their Stipulation of Dismissal With Prejudice, in this cause, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the parties have resolved their dispute, as memorialized in a settlement agreement. Each party shall bear their own costs.

WHEREFORE, the Parties files their Stipulation of Dismissal With Prejudice, as the parties have resolved their dispute. Each party shall bear their own costs, and for all other just and proper relief.

Respectfully submitted,

| | |
|---|---|
| */s/ Samuel L. Bolinger* | */s/ Kayla M. Ernst* |
| Samuel L. Bolinger, #10786-98 | Kayla M. Ernst, #34003-15 |
| 803 S. Calhoun St., Ste. 300 | Ice Miller LLP - Ind/IN |
| Fort Wayne, IN 46802 | One American Sq., Ste. 2900 |
| Tel:     260.407.0040 | Indianapolis, IN 46282 |
| Fax:    260.407.0039 | Tel:     317.236.2411 |
| Email:  mark@slblawfirm.org | Fax:    317.592.4779 |
| Attorney for Plaintiff | Email:  kayla.ernst@icemiller.com |
| | Attorney for Defendant |